IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SIR ARTHUR HEIM FOR CITIZENS SUIT, | ) ) ) | 8:11CV376 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| U.S. ATTORNEY GENERALS ERIC HOLDER, NEBRASKA ATTORNEY GENERAL JOHN BRUNNING, COLORADO ATTORNEY GENERAL JOHN SUTHERAL, WYOMING ATTORNEY GENERAL GREG PHILIPS, and IRS, et al., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The above-captioned matter has been provisionally filed on October 26, 2011. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

Plaintiff has failed to include the $350.00 filing fee. Plaintiff has the choice of either tendering the $350.00 fee to the Clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Plaintiff chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court.

IT IS THEREFORE ORDERED that:

1.	Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before **December 2, 2011**.

2.	Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

3.	The Clerk of the court is directed to send to Plaintiff the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4.	The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: December 2, 2011: deadline for payment or filing of IFP application.

DATED this 3rd day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge