IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SIR ARTHUR HEIM FOR CITIZENS SUIT, and United States of America, | ) ) ) ) | 8:11CV376 |
| Plaintiff, | ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| U.S. ATTORNEY GENERAL ERIC HOLDER, et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Objection to Memorandum and Order (filing no. 37) and Motion for Pretrial Hearing (filing no. 38). The Motions are extremely difficult to decipher. As best as the court can tell, the Objection requests that the undersigned recuse himself because "[t]he court is Evil, Vile Manichees." (Filing No. 37 at CM/ECF p. 1.) The court has carefully reviewed Plaintiff's Motions and the record in this matter. In accordance with 28 U.S.C. 455(a), the court finds that there is nothing indicating that the court's "impartiality might reasonably be questioned" or that there is any other basis for recusal or reassignment in this matter. Furthermore, Petitioner has not filed an affidavit sufficient to trigger the provisions of 28 U.SC. § 144. Further, the court finds that, at this stage of the proceedings, no pretrial hearing is necessary.

IT IS THEREFORE ORDERED that: Plaintiff's Objection to Memorandum and Order (filing no. 37) and Motion for Pretrial Hearing (filing no. 38) are denied.

DATED this 29th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.